USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 12/10/20

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------- x

**UNITED STATES OF AMERICA,**

                     **Plaintiff,**

      -against-

**DONDRE MYERS,**

                     **Defendant.**

-------------------------------------------------------------------- x

**19-CR-828 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

    A Telephone Bail Review Hearing is set for **December 15, 2020** at **3:30 p.m.** The parties should contact the Court at 1-888-363-4749 on the date and time specified above and once prompted, should dial access code 3768660.

**SO ORDERED.**

**Dated:**     **New York, New York**
             **December 10, 2020**

                                             _____
                                             **ANDREW L. CARTER, JR.**
                                             **United States District Judge**