**MEMO ENDORSED**

**Law Office of Meredith S. Heller PLLC**
www.mshellerlaw.com

99 Park Avenue, Penthouse Suite
New York, NY 10016
Phone: (646) 661-1808
Fax: (646) 661-1746
msheller@mshellerlaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __2/10/22__

February 10, 2022

**VIA ECF**
Honorable Andrew L. Carter Jr.
United States Courthouse
40 Foley Square
New York, NY 10007

Re: *United States v. Johnson (Dondre Myers)*
19-CR-828 (ALC)
**Travel Request**

Dear Judge Carter:

    I represent Dondre Myers in the above matter. Unfortunately, Mr. Myers' uncle has passed away and Mr. Myers respectfully requests permission to travel to South Carolina this weekend from tomorrow, February 11th to Sunday, February 13th, for the funeral. His uncle's wake will be on Friday and the funeral will be held on Saturday at Henry Hand Funeral Home, 1951 Thurgood Marshall Blvd., Kingstree, South Carolina 29556.

    The government, through A.U.S.A. Ryan Finkel, has no objection and Pretrial Services, through P.T.S.O. Dominique Jackson, takes no position, as long as Mr. Myers provides them with the address of the hotel where he will be staying.

Respectfully submitted,

*/s/ Meredith Heller*
Meredith S. Heller

Cc: A.U.S.A. Mary Bracewell (via ECF)
    A.U.S.A. Ryan Finkel (via ECF)
    P.T.S. Officer Dominique Jackson (via email)

The application is **GRANTED**.
So Ordered.

*/s/ Andrew L. Carter Jr.*
2/10/22