**Law Office of Meredith S. Heller PLLC**
www.mshellerlaw.com

99 Park Avenue, Penthouse Suite
New York, NY 10016
Phone: (646) 661-1808
Fax: (646) 661-1746
msheller@mshellerlaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4/4/22

March 31, 2022

**VIA ECF**
Honorable Andrew L. Carter Jr.
United States Courthouse
40 Foley Square
New York, NY 10007

Re: *United States v. Johnson (Dondre Myers)*
19-CR-828 (ALC)

Dear Judge Carter:

    I represent Dondre Myers in the above matter. Mr. Myers' sentencing is currently scheduled for April 7, 2022. I respectfully request an adjournment of 30 days, until May 6, 2022. This request is necessary because I must be out of town from April 1st-April 18th, 2022, to take care of a family member. This is Mr. Myers' first request for a sentencing adjournment.

    The government, through A.U.S.A. Ryan Finkel, has been informed of this request and has no objection.

    Therefore, I respectfully request a sentencing adjournment of an additional 30 days until May 6, 2022, or a time convenient to the Court.

Respectfully submitted,

Meredith S. Heller

The application is **GRANTED.** Sentencing adjourned to May 6, 2022 at 12 p.m.
So Ordered.
4/4/22

Cc: A.U.S.A. Mary Bracewell (via ECF)
A.U.S.A. Ryan Finkel (via ECF)