Law Office of Meredith S. Heller PLLC
www.mshellerlaw.com

99 Park Avenue, Penthouse Suite
New York, NY 10016
Phone: (646) 661-1808
Fax: (646) 661-1746
msheller@mshellerlaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __7/21/22__

July 15, 2022

**VIA ECF**
Honorable Andrew L. Carter Jr.
United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *United States v. Dondre Myers*
      **19-CR-828 (ALC), 22-CR-247 (ALC)**

Dear Judge Carter:

I represent Dondre Myers in the above matter. Mr. Myers' sentencing for both matters is currently scheduled for August 2, 2022. It is respectfully requested that Mr. Myers' sentencing be adjourned for 30 days, until September 2, 2022.

This adjournment is requested because I have been caring for a family member in Ohio. I also had a two-week trial before Judge Stein (*United States v. Mircea Constantinescu, et al. (Mircea Constantinescu)*, 19-cr-651), that involved voluminous discovery and required a tremendous amount of preparation.

The government, through A.U.S.A. Ryan Finkel, has been informed of this request and has no objection.

Therefore, I respectfully request a sentencing adjournment of Mr. Myers sentencing until September 2, 2022, or a time convenient to the Court.

Respectfully submitted,

*Meredith Heller*
Meredith S. Heller

Cc:   A.U.S.A. Mary Bracewell (via ECF)
      A.U.S.A. Ryan Finkel (via ECF)

The application is **GRANTED.** Sentencing adjourned to 9/6/22 at 3:30 p.m.
So Ordered.

*Andrew L. Carter*
7/21/22